99 A.3d 531

**Frank ZAMPOGNA, Respondent**

v.

**LAW ENFORCEMENT HEALTH BENEFITS, INC., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 9, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2014, the Petition for Allowance of Appeal is hereby **GRANTED** on the following issues as stated by Petitioner:

a. Whether Courts may disregard the vital function of corporate self-governance by second-guessing the decisions of corporate directors and failing to provide the required deference to their decision simply because the court may not agree with the decision?

b. Whether a court may simply usurp the role of corporate directors by negating the presumption of good-faith to the decisions of directors required by law by simply asserting, without requiring any proof thereof, a conflict of interest by the directors?

c. Whether funds, whose original source was a public entity, retain their public character once the public entity distributes those funds to a private corporation in satisfaction of an obligation, and after the private corporation had retained those funds as corporate assets, and

after that corporation utilized the corporate assets for a corporate purpose?